UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: DAVID PATRICK KEATING

CIVIL ACTION NO. 6:16-MC-00005

CHIEF JUDGE DRELL

MAGISTRATE JUDGE PEREZ-MONTES

## MEMORANDUM ORDER

Following a Motion and subsequent Order to Substitute Attorney and the resetting of the evidentiary hearing for August 29, 2016 at 9:30 A.M.,

IT IS ORDERED that, on or before August 8, 2016, Keating shall file a brief in response to the Referral Order. The brief shall comply with LR 7.8, and may reference attached exhibits. The brief shall set forth proposed findings of fact, any pertinent legal authority, any suggested alternative sanctions, and any other information in mitigation of the sanctions recommended in the Referral Order.

IT IS FURTHER ORDERED that, on August 29, 2016 at 9:30 A.M. in the Third Floor Courtroom of the United States Courthouse, 515 Murray Street, Alexandria, Louisiana, Keating shall appear for an evidentiary hearing and show cause why the sanctions recommended in the Referral Order should not be imposed. During this hearing, counsel for Keating may make arguments, and Keating shall present all documentary and testimonial evidence pertinent to the sanctions recommended in the Referral Order.

IT IS FURTHER ORDERED that, on or before August 22, 2016, Keating shall file into the record a list of all witnesses and exhibits he intends to offer at the August 29, 2016 evidentiary hearing. The witness list shall contain the name, address, and summarized anticipated testimony of each witness Keating intends to call at the hearing. The exhibit list shall contain a description of each document or item of evidence Keating intends to offer during the hearing. Actual documentary exhibits need not be filed into the record, but must be provided to the chambers of the undersigned on or before August 22, 2016. Any witness or exhibit not listed as instructed above will be excluded from the hearing.

IT IS FURTHER ORDERED that, on or before August 22, 2016, Keating may consent to all sanctions recommended in the Referral Order by: (1) submitting to the chambers of the undersigned a written and signed consent to all sanctions recommended in the Referral Order; (2) withdrawing from all cases pending in the Bankruptcy Court of the Western District of Louisiana; and (3) filing a Notice of Compliance into the record of this proceeding confirming his completion of the foregoing instructions.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana on this 20th day of July 2016.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge