RECEIVED
APR 21 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| *IN RE*: DAVID PATRICK KEATING | CIVIL ACTION NO. 6:16-MC-00005 |
| | CHIEF JUDGE DRELL |
| | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

The Judges of this Court having considered the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings are correct under the applicable law, but finding that the recommendation should not be adopted as written;

IT IS ORDERED that David Patrick Keating's right to practice law before the United States Bankruptcy Court for the Western District of Louisiana is allowed and he may immediately apply for reinstatement.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 20TH day of April, 2017.

_____
DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT